[No. 59657-8-I.   Division One.   September 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ERIC OESTERLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04662-1, Richard A. Jones, J., entered February 26, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 59954-2-I.   Division One.   September 2, 2008.]

BRITT MARIE LEE ET AL., *Respondents*, v. LAWRENCE PAGE ET AL., *Defendants*, VERA JONES ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-2-00592-6, Michael E. Rickert, J. Pro Tem., entered April 26, 2007. *Remanded* by unpublished per curiam opinion.

[No. 60115-6-I.   Division One.   September 2, 2008.]

MICHAEL BROOM ET AL., *Respondents*, v. MORGAN STANLEY DW, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-32543-5, Cheryl B. Carey, J., entered June 7, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 60204-7-I.   Division One.   September 2, 2008.]

BISRATE BONGER ET AL., *Appellants*, v. CENTRAL AREA DEVELOPMENT ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-16653-3, William L. Downing, J., entered May 24, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Agid and Ellington, JJ.